# BOIES, SCHILLER & FLEXNER LLP

150 JOHN F. KENNEDY PARKWAY • 4TH FLOOR • SHORT HILLS, NJ 07078 • PH. 973.218.1111 • FAX 973.218.1106

May 26, 2006

**VIA HAND DELIVERY**

**FILED UNDER SEAL**

Clerk, United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    United States, ex rel David Morgan v. Express Scripts, Inc., et al.
              Civil Action No.: 05-CV-1714 (HAA)

Dear Sir/Madam:

    Enclosed for filing is an original and two (2) copies of an Amended Complaint, along with a CD containing a PDF version of same. Please note that this Amended Complaint is being filed under seal pursuant to 31 U.S.C. § 3730(b)(2). Kindly provide a stamped "filed" copy to the messenger who has been instructed to wait.

    Thank you for your attention to this matter.

Very truly yours,

William L. Hurlock

WLH/aa
Enclosures