IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>                              Plaintiff,<br>          v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br>                              Defendants. | Civil Action No. 05-cv-1714 (DMC)<br><br>Hon. Dennis M. Cavanaugh |

## NOTICE OF ENTRY OF APPEARANCE OF WILLIAM L. HURLOCK

Kindly enter the appearance of William L. Hurlock in the above-captioned matter on behalf of the Plaintiff United States of America, *ex rel.* David Morgan.

January 4, 2013                                          /s/  William L. Hurlock___
Montclair, NJ                                            William L. Hurlock (WH1979)
                                                         Mueller Law LLC
                                                         363 Bloomfield Avenue
                                                         Suite 2-C
                                                         Montclair, New Jersey 07043
                                                         (347) 556-8624

**Certificate of Service**

  I, William L. Hurlock, hereby certify that on this Fourth Day of January 2013, the foregoing Notice of Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for District of New Jersey. I hereby certify that I have served a true and correct copy of the Notice of Entry of Appearance to counsel for the Defendants through the ECF system.

January 4, 2013               /s/  William L. Hurlock\_\_\_
Montclair, NJ                William L. Hurlock (WH1979)
                      Mueller Law LLC
                      363 Bloomfield Avenue
                      Suite 2-C
                      Montclair, New Jersey 07043
                      (347) 556-8624