UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPRESS SCRIPTS, INC., MEDCO HEALTH SOLUTIONS, INC., et al.,<br><br>                    Defendants. | Civil Action No. 05-01714 (DMC)(JAD)<br><br>STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING DEFENDANTS EXPRESS SCRIPTS, INC., AND MEDCO HEALTH SOLUTIONS, INC.'S TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the time for defendants Express Scripts, Inc., and Medco Health Solutions, Inc., to answer, move or otherwise respond to the Third Amended Complaint shall be extended to and including March 19, 2013. Service was made on January 3, 2013, and the time to respond would otherwise be January 24, 2013. This is said defendants' first request for an extension.

MUELLER LAW LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
Tel: (973) 233-8290
Fax: (973) 509-9521
Email: william.hurlock@muellerlaw.com

Attorneys for Plaintiff - Relator
United States of America, ex. rel.
David Morgan

By: *[signature]*
     William L. Hurlock (WH-1979)

HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
Email: charles.weiss@hklaw.com

Attorneys for Defendants
Express Scripts, Inc., and
Medco Health Solutions, Inc.

By: *[signature]*  Jan. 15, 2013
     Charles A. Weiss (CW-2628)

SO ORDERED

*[signature]* 1/16/13
_____
Hon. Joseph A. Dickson
United States Magistrate Judge