Kevin H. Marino
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel:  (973) 824-9300
Fax: (973) 824-8425
*Attorneys for Defendant*
*CVS Caremark Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>          Defendants. | Civil Action No. 05-01714 (DMC)(JAD)<br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

PLEASE TAKE NOTICE that Kevin H. Marino of Marino, Tortorella & Boyle, P.C.,

437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby enters his appearance as

counsel of record for Defendant CVS Caremark Corporation in this matter.


Dated: January 25, 2013                         MARINO, TORTORELLA & BOYLE, P.C.
           Chatham, New Jersey



                                   BY:     /s/ Kevin H. Marino
                                           Kevin H. Marino