Kevin H. Marino
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel:  (973) 824-9300
Fax: (973) 824-8425
*Attorneys for Defendant*
*CVS Caremark Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>        Plaintiff,<br><br>        v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>        Defendants. | Civil Action No. 05-01714 (DMC)(JAD)<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CVS Caremark Corporation ("CVS") states, through its undersigned counsel, that (a) it has no parent corporation; and (b) no publicly held corporation owns 10% or more of its stock.

Dated: January 25, 2013        MARINO, TORTORELLA & BOYLE, P.C.
        Chatham, New Jersey

                    BY:   /s/ Kevin H. Marino
                          Kevin H. Marino