Kevin H. Marino
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel:  (973) 824-9300
Fax: (973) 824-8425
*Attorneys for Defendant*
*CVS Caremark Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | Civil Action No. 05-01714 (DMC)(JAD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John A. Boyle of Marino, Tortorella & Boyle, P.C., 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby enters his appearance as counsel of record for Defendant CVS Caremark Corporation in this matter.

Dated: January 25, 2013          MARINO, TORTORELLA & BOYLE, P.C.
       Chatham, New Jersey

                                  BY:   /s/ John A. Boyle
                                            John A. Boyle