# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. DAVID MORGAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>　　　　　　　　Defendants. | ) Document Filed Electronically<br>)<br>) Civil Action No. 05-01714 (DMC)(JAD)<br>)<br>) STIPULATION AND [~~PROPOSED~~]<br>) CONSENT ORDER EXTENDING<br>) DEFENDANT CARDINAL HEALTH<br>) INC.'S TIME TO RESPOND<br>) TO THE THIRD AMENDED COMPLAINT<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval by the Court, that the time for defendant Cardinal Health, Inc. ("Cardinal") to answer, move or otherwise respond to the Third Amended Complaint shall be extended to and including March 19, 2013. Service was made on January 4, 2013, and the time for Cardinal to respond would otherwise be January 25, 2013. This is Cardinal's first request for an extension of the time to respond.

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: efish@bakerlaw.com
*Attorneys for Defendant*
*Cardinal Health, Inc.*

By: _____
　　　Eric R. Fish
Date: 1/24/13

MUELLER LAW LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
Tel: (973) 233-8290
Fax: (973) 509-9521
Email: william.hurlock@muellerlaw.com
*Attorneys for Plaintiff-Relator*
*United States of America, ex rel.*
*David Morgan*

By: _____
　　　William L. Hurlock
Date: 1/24/13

SO ORDERED:

_____
Hon. Joseph A. Dickson
United States Magistrate Judge