UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.*, DAVID MORGAN<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., *et al.*,<br><br>Defendants. | Civil No. 2:05-cv-01714 (DMC)(JAD)<br><br>STIPULATION AND [~~PROPOSED~~] CONSENT ORDER EXTENDING DEFENDANT FIRST DATABANK, INC.'S TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the time for defendant First DataBank, Inc. (a subsidiary of the Hearst Corporation) to answer, move, or otherwise respond to the Third Amended Complaint shall be extended to and including March 19, 2013. The time to respond would otherwise be January 25, 2013. This is said Defendant's first request for an extension.

Dated:   January 24, 2013

_____
William L. Hurlock (WH-1979)
MUELLER LAW LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
Tel: (973) 233-8290
Fax: (973) 509-9521
Email: william.hurlock@muellerlaw.com

*Attorneys for Plaintiff - Relator*
*United States of America, ex. rel.*
*David Morgan*

_____
Robert J. Cleary (RC-5597)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3340
Fax: (212) 969-2900
Email: rjcleary@proskauer.com

*Attorneys for Defendant First DataBank, Inc.*

SO ORDERED:

_____
Hon. Joseph A. Dickson
United States Magistrate Judge