**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ  08540-6241
Phone: (609) 919-6600

*Attorneys for Defendant*
*Amerisource Bergen Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**EXPRESS SCRIPTS, INC., et al.,**<br><br>**Defendants.** | **Civil Action No. O5-CV-1714(HAA)**<br><br><br>**CERTIFICATION OF CHRISTOPHER C. LOEBER IN SUPPORT OF PRO HAC VICE ADMISSION OF ERICA SMITH-KLOCEK** |

I, Christopher C. Loeber, an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, certifies as follows:

1.     I am a partner with the law firm Morgan, Lewis & Bockius LLP, counsel for Defendant Amerisource Bergen Corporation ("Amerisource") in this matter.  I submit this certification in support of named Defendant's motion for admission *pro hac vice* of Erica Smith-Klocek, Esq.

2.     I am a member in good standing of the bar of the State of New Jersey, the jurisdiction in which I principally practice law.  I was admitted to practice in New Jersey in 1994.

3.     I shall be responsible for all court appearances as well as all pleadings, briefs and other papers filed with the Court, and shall be responsible for signing all pleadings, briefs and other papers filed with the Court.

DB1/ 72800432.1

4.     I shall be responsible for the conduct of Erica Smith-Klocek, who is requesting admission *pro hac vice* in New Jersey to assist with the representation of named Defendant.

5.     I shall be responsible for Ms. Smith-Klocek, complying with the requirements of local counsel set forth in Local Civil Rule 101.1(c).

6.     Counsel for plaintiffs in this action have no objection to the admission of Erica Smith-Klocek, Esq. *pro hac vice* in this case.

7.     I shall be responsible for Ms. Smith-Klocek's payment to the Court of the annual fee required by New Jersey Court Rule 1:28-2(a); and the $150 fee payable to the Clerk of District Court.

8.     I certify that the foregoing statements are true.  I am aware that if any are willfully false I am subject to punishment.


Dated:  January 25, 2012                                        s/ Christopher C. Loeber

2