**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ  08540-6241
Phone: (609) 919-6600

*Attorneys for Defendant*
*Amerisource Bergen Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**EXPRESS SCRIPTS, INC., et al.,**<br><br>**Defendants.** | **Civil Action No. 05-CV-1714(HAA)**<br><br><br>**CERTIFICATION OF**<br>**ERICA SMITH-KLOCEK IN SUPPORT**<br>**OF ADMISSION PRO HAC VICE** |

I, Erica Smith-Klocek, being of full age, certify:

1.      I am a partner with the law firm Morgan, Lewis & Bockius LLP, attorneys for Defendant Amerisource Bergen Corporation ("Amerisource").

2.      I am a member in good standing of the bar of the Commonwealth of Pennsylvania, the jurisdiction in which I principally practice law.  I was admitted to practice in Pennsylvania in 2004.  The address of the office maintaining the rolls of the members of this bar is:

> Supreme Court of Pennsylvania
> Attorney Registration Office
> Pennsylvania Judicial Center
> P.O. Box 62625
> Harrisburg, PA 17106

3.     I am also a member in good standing of the bar of New York, and was admitted to

practice in 2000. The address of the office maintaining the rolls of the members of this bar is:

> State of New York
> Office of Court Administration
> General Post Office
> P.O. Box 29327
> New York, NY 10087-9327

4.     I am also a member in good standing of the bar of the United States District Court

for the Eastern District of Pennsylvania, and was admitted to practice in 2004. The address of

the office maintaining the rolls of the members of this bar is:

> United States District Court for the Eastern District of Pennsylvania
> 601 Market Street
> Room 2609
> Philadelphia, PA 19106-1797

5.     I am also a member in good standing of the bar of the United States District Court

for the Eastern District of New York, and was admitted to practice in 2004. The address of the

office maintaining the rolls of the members of this bar is:

> United States District Court for the Eastern District of New York
> 225 Cadman Plaza East
> Brooklyn, NY 11201

6.     I am also a member in good standing of the bar of the United States District Court

for the Southern District of New York, and was admitted to practice in 2003. The address of the

office maintaining the rolls of the members of this bar is:

> United States District Court for the Southern District of New York
> 500 Pearl Street
> New York, New York 10007-1312

7.     I am also a member in good standing of the bar of the United States Court of

Appeals for the Third Circuit, and was admitted to practice in 2007. The address of the office

maintaining the rolls of the members of this bar is:

United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

8.      I am also a member in good standing of the bar of the United States Supreme

Court, and was admitted to practice in 2012.  The address of the office maintaining the rolls of

the members of this bar is:

United Public Information Officer
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

9.      I am not eligible for admission to this Court under L. Civ. R. 101.1(b) as a New

Jersey Attorney.

10.     I have never been disciplined, suspended or disbarred from the bar of any court to

which I have been admitted and no such proceedings are pending.

11.     I will immediately notify the Court of any matter affecting my standing at the bar

of any other court.

12.     If admitted *pro hac vice*, I will pay the annual fee required by L. Civ. R. 101.1(c)

and N.J. Ct. R. 1:20-1(b).

13.     My office has conferred with counsel for plaintiff and they have no opposition to

my admission and I respectfully submit that there is good cause for my admission *pro hac vice*.

14.     I respectfully urge the Court to grant the request for my admission *pro hac vice* to assist in the representation of named Defendant.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  January 23, 2013

Erica Smith-Klocek

4