DANIEL W. LAGEMAN, ESQ.
EDWARDS WILDMAN PALMER LLP
One Giralda Farm
Madison, NJ 07940
(973) 520-2300
Attorneys for Defendant Express Scripts, Inc.

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN, <br><br> Plaintiff, <br><br> v. <br><br> EXPRESS SCRIPTS, INC., et al., <br><br> Defendants. | Civil No.: 2:05-cv-01714 (DMC)(JAD) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel W. Lageman, Esq., of the law firm of Edwards Wildman Palmer LLP, hereby appears in this action as one of the attorneys representing defendant Express Scripts, Inc.

                                                         s/ Daniel W. Lageman
                                                         Daniel W. Lageman
                                                         EDWARDS WILDMAN PALMER LLP
                                                         One Giralda Farms
                                                         Madison, New Jersey 07940
                                                         Tel.: (973) 520-2300
                                                         dlageman@edwardswildman.com

Dated: February 19, 2013