CARLOS F. ORTIZ, ESQ.
EDWARDS WILDMAN PALMER LLP
One Giralda Farm
Madison, NJ  07940
(973) 520-2300
Attorneys for Defendant Express Scripts, Inc.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil No.: 2:05-cv-01714 (DMC)(JAD)<br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Carlos F. Ortiz, Esq., of the law firm of Edwards Wildman Palmer LLP, hereby appears in this action as one of the attorneys representing defendant Express Scripts, Inc.

s/ Carlos F. Ortiz
 Carlos F. Ortiz
 EDWARDS WILDMAN PALMER LLP
One Giralda Farms
Madison, New Jersey  07940
Tel.: (973) 520-2300
cortiz@edwardswildman.com

Dated:  February 19, 2013