UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. DAVID MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT**<br><br>Civil Action No. 05-01714 (DMC)(JAD) |

**IT IS HEREBY STIPULATED AND AGREED**, subject to approval by the Court, that the time for defendants Express Scripts, Inc., CVS Caremark Corporation, Medco Health Solutions, Inc., First Databank, Inc., Wolters Kluwer Health d/b/a Medi-Span, Cardinal Health, Inc., and AmerisourceBergen Corporation (collectively, "Defendants") to answer, move, or otherwise respond to the Third Amended Complaint shall be extended to and including April 16, 2013. Pursuant to the Court's previous orders in this matter, the time to respond would otherwise be March 19, 2013. This is Defendants' second request for extension.

1

s/ William L. Hurlock
William L. Hurlock (WH-1979)
MUELLER LAW LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
Tel: (973) 233-8290

Attorney for Plaintiff – Relator
United States of America, ex. rel.
David Morgan

s/ Reid A. Aronson
Craig C. Martin
Matt D. Basil
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 222-9350

Reid A. Aronson (RA8920)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908

Attorneys for Defendant
Wolters Kluwer Health d/b/a Medi-Span

s/ Charles A. Weiss
Charles A. Weiss
Holland & Knight
31 West 52nd Street
New York, NY  10019
Tel: (212) 513-3551

Carlos Ortiz
Daniel Lageman
Edwards Wildman Palmer LLP
One Giralda Farms
Madison, NJ  07940

Attorneys for Defendants
Express Scripts, Inc.
Medco Health Solutions, Inc.

s/ Robert J. Cleary
Robert J. Cleary
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
Tel: (212) 969-3340

Attorney for Defendant
First Databank, Inc.

s/ John A. Boyle
John A. Boyle
Kevin H. Marino
Marino Tortorella & Boyle PC
437 Southern Boulevard
Chatham, NJ 07928-1488
Tel: (973) 824-9300

William A. Davis
Mintz Levin Cohn Ferris Glovsky and Popeo PC
701 Pennsylvania Avenue N.W., Suite 900
Washington, DC 20004

Attorneys for Defendant
CVS Caremark Corporation

s/ Eric R. Fish
Eric R. Fish
Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4647

Attorney for Defendant
Cardinal Health, Inc.

s/ Christopher Loeber
Eric Sitarchuk
Erica Smith-Klocek
Meredith S. Auten
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000

Christopher Loeber
Morgan, Lewis & Bockius LLP
501 Carnegie Center
Princeton, NJ 08540

Attorneys for Defendant
AmerisourceBergen Corporation

SO ORDERED
_____  3/7/13
DENNIS M. CAVANAUGH, USDJ

3