UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*EX REL.* DAVID MORGAN,<br><br>　　　　　　　　　　Plaintiff/Relator,<br><br>　　　　　v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 05-cv-1714 (HAA)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that Edward J. Dauber, Esq., duly admitted to this Court and a member of Greenberg Dauber Epstein & Tucker, A Professional Corporation hereby appears for defendant, Wolters Kluwer Health d/b/a Medi-Span, in the above-captioned proceeding; and as such, pursuant to Fed. R. Civ. P. 5 and Local R. 5.1, counsel hereby requests that all papers in this matter be served upon:

Edward J. Dauber, Esq.
Greenberg Dauber Epstein & Tucker
One Gateway Center, Suite 600
Newark, New Jersey 07102-5311
Telephone No. (973) 643-3700
Telefax No. (973) 643-1218
edauber@greenbergdauber.com
litigationgroup@greenbergdauber.com

　　　　This appearance and request for notice is without prejudice to Wolters Kluwer Health d/b/a Medi-Span's rights, remedies and claims against other entities and shall not be deemed or construed to be a waiver of any such rights, remedies and claims which are hereby expressly reserved.

　　　　　　　　　　　　　　　　　　GREENBERG DAUBER EPSTEIN & TUCKER
　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　Attorneys for Wolters Kluwer Health d/b/a Medi-Span

Dated:  March 15, 2013　　　　　　By:　　/s/Edward J. Dauber
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Edward J. Dauber (EJD-9360)