Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102
T: (973) 622-3333
F: (973) 286-2465
*Attorneys for Defendant*
*Wolters Kluwer Health d/b/a Medi-Span*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>       Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>       Defendants. | Civil Action No. 05-1714 (DMC) (JAD)<br><br>**NOTICE OF WITHDRAWAL**<br><br>*Document Electronically Filed* |

**PLEASE TAKE NOTICE** that the firm of Saiber LLC, and Jakob B. Halpern, individually, hereby withdraw as counsel for defendant Wolters Kluwer Health d/b/a/ Medi-Span ("Medi-Span") in the above matter.  The withdrawal shall be effective immediately. Accordingly, please remove Jakob B. Halpern from the list of NEF recipients in this matter.

**PLEASE TAKE FURTHER NOTICE** that all further notices and pleadings, exclusive of original process, are to be served upon Greenberg Dauber Epstein & Tucker at its address of record.

Dated:  March 19, 2013                                           **SAIBER LLC**
                                                                                     *Attorneys for Defendant*
                                                                                     *Wolters Kluwer Health d/b/a Medi-Span*

                                                                                      /s Jakob B. Halpern_____
                                                                                     **JAKOB B. HALPERN**