UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.*, DAVID MORGAN<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., *et al.*,<br><br>Defendants. | Civil No. 2:05-cv-01714 (DMC)(JAD)<br><br>**Document Electronically Filed**<br><br>**ENTRY OF APPEARANCE OF RYAN P. BLANEY** |

**TO:** The Clerk of this Court and all Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant First Databank, Inc. in the above-captioned matter.

Respectfully submitted,

Dated:   April 1, 2013

*/s/ Ryan P. Blaney*
Ryan P. Blaney (RB-4984)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, D.C. 20004
Tel:  (202) 416-5844
Fax:  (202) 416-6899
Email:  rblaney@proskauer.com

*Counsel for Defendant First DataBank, Inc.*

**CERTIFICATION OF SERVICE**

      I hereby certify that on the 1st day of April 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record.

Dated:   April 1, 2013

*/s/ Ryan P. Blaney*
Ryan P. Blaney (RB-4984)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, D.C. 20004
Tel:  (202) 416-5844
Fax:  (202) 416-6899
Email:  rblaney@proskauer.com

*Counsel for Defendant First DataBank, Inc.*