# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>                Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>                Defendants. | Civil No.: 2:05-cv-01714 (DMC)(JAD)<br><br>**NOTICE OF MOTION TO ADMIT ELIZABETH MITCHELL *PRO HAC VICE*** |

**TO:** The Clerk of this Court and all Counsel of Record:

**PLEASE TAKE NOTICE** that pursuant to L. Civ. R. 101.1, with the consent of opposing counsel, Daniel W. Lageman, the undersigned attorney for Defendants Express Scripts, Inc. and Medco Health Solutions, Inc. (the "Defendants") shall move for an Order admitting Elizabeth Mitchell, Esq. *Pro Hac Vice.*

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants shall reply upon the accompanying Certification of Daniel W. Lageman and Elizabeth Mitchell's certificate of good standing.

                                          Respectfully submitted,

Dated: April 4, 2013                /s/ Daniel W. Lageman
                                          Daniel W. Lageman
                                          EDWARDS WILDMAN PALMER LLP
                                          One Giralda Farms
                                          Madison, New Jersey  07940
                                          Tel.:  (973) 520-2300
                                          Fax:  (973) 520-2600
                                          Email: dlageman@edwardswildman.com

                                          Attorneys for Defendants
                                          *Express Scripts, Inc. and Medco Health Solutions, Inc.*

AM 18972646.2

## **CERTIFICATION OF SERVICE**

I hereby certify that on the 4th day of April 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record.

Dated:  April 4, 2013                                  /s/ Daniel W. Lageman
                                                      Daniel W. Lageman, Esq.
                                                      EDWARDS WILDMAN PALMER LLP
                                                      One Giralda Farms
                                                      Madison, New Jersey  07940
                                                      Tel.:  (973) 520-2300
                                                      Fax:  (973) 520-2600
                                                      Email: dlageman@edwardswildman.com

                                                      Attorneys for Defendants
                                                      *Express Scripts, Inc. and Medco Health Solutions, Inc.*