**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6289
Phone: (609) 919-6688

*Attorneys for Defendant*
*AmerisourceBergen Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.** David Morgan<br><br>**Plaintiff**<br><br>v.<br><br>**EXPRESS SCRIPTS, INC., et al.,**<br><br>**Defendants.** | Civil Action No. 05-CV-1714-DMC-JAD |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant AmerisourceBergen Corporation in the above-captioned matter.

Dated: April 8, 2013

Respectfully submitted,

  s/ John P. Lavelle, Jr.
John P. Lavelle, Jr. (JL6557)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6289
Phone: (609) 919-6688
jlavelle@morganlewis.com

*Attorney for Defendant*
*AmerisourceBergen Corporation*