UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>                Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>                Defendants. | Civil No.: 2:05-cv-01714 (DMC)(JAD)<br><br>**ORDER GRANTING APPLICATION TO FILE AN OVER LENGTH BRIEF IN ACCORDANCE WITH LOCAL RULE 7.2(B)** |

THIS MATTER having come before the Court on the letter application of Carlos F. Ortiz, attorney for Defendants Express Scripts, Inc. and Medco Health Solutions, Inc., for permission to file an over length brief in accordance with Local Rule 7.2(b); and for good cause shown,

IT IS on this __11__ day of __April__ 2013

ORDERED THAT THE APPLICATION FOR PERMISSION TO FILE AN OVER LENGTH BRIEF IS GRANTED.

IT IS FURTHER ORDERED that counsel for Defendants Express Scripts, Inc. and Medco Health Solutions, Inc. has the Court's permission to file a brief in support of dismissal not to exceed 65 pages in length.

                                                                                      Hon. Dennis M. Cavanaugh, U.S.D.J.