UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>      Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., MEDCO HEALTH SOLUTIONS, INC., et al.,<br><br>      Defendants. | Civil Action No. 05-01714 (DMC)(JAD) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Morgan and Defendant Cardinal Health, Inc. ("Cardinal Health") hereby stipulate to the dismissal of all claims against Cardinal Health in the above action without prejudice, to any party including, but not limited to the United States of America, each party to bear its own fees and costs. Pursuant to the Court's April 26, 2012 Order, it is understood that the United States Government will notify the Court of its consent to this dismissal in a separate filing as further set forth in 31 U.S.C. Sec. 3730 (b) (1).

Dated: April 11, 2013

David Morgan, ex rel.
By His Attorneys,

*/s/ William Hurlock*
William Hurlock (WH1979)
William.hurlock@muellerlaw.com
MUELLER LAW LLC
363 Bloomfield Ave.
Suite 2-C
Montclair, NJ 07043
Phone:(973) 233-8290
Fax:(973) 509-9521

Cardinal Health, Inc.
By Its Attorneys,

/s/ Eric R. Fish
Eric R. Fish (EF9620)
efish@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Phone:  (212) 589-4200
Fax:  (212) 589-4201

SO ORDERED: 4/15/13

_____
United States District Court Judge

Dennis M. Cavanaugh
U.S. District Judge