**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6289
Phone: (609) 919-6688

*Attorneys for Defendant*
*AmerisourceBergen Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. David Morgan**<br><br>**Plaintiff**<br><br>v.<br><br>**EXPRESS SCRIPTS, INC., et al.,**<br><br>**Defendants.** | Civil Action No. 05-CV-1714-DMC-JAD |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant AmerisourceBergen Corporation in the above-captioned matter.

Dated: April 16, 2013

Respectfully submitted,

\_s/ Jane M. Manchisi_____
Jane M. Manchisi (JM6767)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: (215) 963-5000
jmanchisi@morganlewis.com

*Attorney for Defendant*
*AmerisourceBergen Corporation*