## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>                    Defendants. | Civil No.: 2:05-cv-01714 (DMC)(JAD)<br><br>**DEFENDANTS EXPRESS SCRIPTS, INC. AND MEDCO HEALTH SOLUTIONS, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

**TO:** The Clerk of this Court and all Counsel of Record:

**PLEASE TAKE NOTICE** that on 20th day of May 2013, or at such time designated by the Court, the undersigned attorneys for Defendants Express Scripts, Inc. and Medco Health Solutions, Inc. (the "ESI Defendants") shall move before the United States District Court, District of New Jersey, Newark Vicinage, Hon. Dennis M. Cavanaugh, U.S.D.J., Frank R. Lautenberg U.S. Post Office & Court House Building, Room 4, Newark, NJ 07101-0999 for an order dismissing with prejudice the Complaint and all claims asserted against the ESI Defendants in the above-captioned action; and

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion the ESI Defendants shall rely on the Certification of Daniel W. Lageman, dated April 16, 2013, along with attached exhibits and a memorandum of law; and

**PLEASE TAKE FURTHER NOTICE** that ESI Defendants respectfully request oral argument on this motion if opposed.

Dated:  April 16, 2013                                  Respectfully submitted,

/s/ Daniel W. Lageman
Daniel W. Lageman
EDWARDS WILDMAN PALMER LLP
One Giralda Farms
Madison, New Jersey  07940
Tel.:  (973) 520-2300
Fax:  (973) 520-2600
Email: dlageman@edwardswildman.com

Charles A. Weiss
HOLLAND & KNIGHT
31 West 52nd Street
New York, NY 10019
Tel: (212)513-3551
Fax: (212)385-9010
Email: charles.weiss@hklaw.com

Michael R. Manthei (*pro hac pending*)
Elizabeth M. Mitchell (*pro hac pending*)
Benjamin M. McGovern (*pro hac pending)*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel: (617) 523-2700
Email: elizabeth.mitchell@hklaw.com
Email: michael.manthei@hklaw.com
Email: benjamin.mcgovern@hklaw.com

Attorneys for Defendants
*Express Scripts, Inc. and Medco Health Solutions, Inc.*

## **CERTIFICATION OF SERVICE**

I hereby certify that on the 16th day of April 2013, I electronically transmitted this Notice of Motion, Memorandum of Law, Certification of Daniel W. Lageman (with exhibits) and a Proposed Order to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record.

Dated: April 16, 2013

/s/ Daniel W. Lageman
Daniel W. Lageman, Esq.
EDWARDS WILDMAN PALMER LLP
One Giralda Farms
Madison, New Jersey 07940
Tel.: (973) 520-2300
Fax: (973) 520-2600
Email: dlageman@edwardswildman.com

Attorneys for Defendants
*Express Scripts, Inc. and Medco Health Solutions, Inc.*