UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. DAVID MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | Civil Action No. 05-01714 (DMC) (JAD)<br><br>**NOTICE OF MOTION**<br><br>Return Date: May 20, 2013 |

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on May 20, 2013, or as soon thereafter as counsel may be heard, Wolters Kluwer Health, Inc. d/b/a Medi-Span ("Medi-Span"), by its attorneys, shall appear before the Honorable Dennis M. Cavanaugh of the United States District Court for the District of New Jersey at the U.S. Post Office & Courthouse Building, Federal Square, Newark, New Jersey 07101, and shall move for an Order, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) dismissing Plaintiff's Third Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that at the return date of this Motion, Medi-Span shall rely on the memorandum in support submitted herewith, its reply memorandum, if any, all pleadings and papers of record, and oral argument as permitted by the Court. A proposed Order is submitted herewith for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

2188650.1

Dated: April 16, 2013

Respectfully submitted,

**WOLTERS KLUWER HEALTH, INC. D/B/A MEDI-SPAN**

By: s/Edward J. Dauber
    Edward J. Dauber (ED 9360)

Edward J. Dauber (ED 9360)
Linda G. Harvey (LH 8862
GREENBERG DAUBER EPSTEIN & TUCKER
One Gateway Center, Suite 600
Newark, NJ 07102

Craig C. Martin (*pro hac vice*)
Matt D. Basil (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-840-7308

Reid A. Aronson (RA8920)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022-3908