UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel.<br>DAVID MORGAN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 05-01714 (DMC) (JAD)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the motion of Defendant Wolters Kluwer Health, Inc. d/b/a Medi-Span ("Medi-Span"), by its attorneys, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6) to dismiss Plaintiff's Third Amended Complaint, and the Court having considered all the papers filed in support and against, the applicable law, and the entire record herein, and for other good cause shown:

IT IS on this _____ day of _____, 2013:

**ORDERED** that Medi-Span's Motion to Dismiss Plaintiff's Third Amended Complaint is **GRANTED** in favor of Medi-Span and against Plaintiff, and all of Plaintiff's counts against Medi-Span set forth in Plaintiff's Third Amended Complaint are hereby **DISMISSED WITH PREJUDICE.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Dennis M. Cavanaugh
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**