# Index to Appendix

| Ex. No. | Description |
|---|---|
| 1. | Public Disclosures Comparison Chart |
| 2. | Bill Brubaker, *Firms in Talks on Overbilling For Medicare, Medicaid Drugs*, WASH. POST, May 11, 2000, at E03 |
| 3. | Compl., *AWP Litigation* (Dec. 19, 2001) |
| 4. | Alice Dembner, *Medicare Waste Raises Cost of Drugs by $1B Congress to Hear Report on Overpayment Excess*, Boston Globe, Sept. 21, 2001 |
| 5. | Terry Carter, *Drug Wars: Coalition Tactics Make Price Fight Look Like Battle Over Tobacco*, 88 A.B.A. J. 41 (Dec. 2002) |
| 6. | Steve Bailey, *Profits vs. People*, BOSTON GLOBE, Apr. 10, 2002, at C1 |
| 7. | OIG, Variation in State Medicaid Drug Prices (Sept. 2004) |
| 8. | PAL, *Settlement of Conspiracy Case Forces Major Restructuring of Prescription Drug Pricing System*, Oct. 6, 2006 |
| 9. | *Managed Care Pharmacists to Review Payment Methods*, 9 Inside CMS 22 (Nov. 2, 2006) |
| 10. | *Class-Action Suit Against Drug Giants May Accelerate AWP Demise*, 9 Inside CMS 23 (Nov. 16, 2006) |
| 11. | Michael Makoid & Robert Garis, *Inside the Cost of Prescription Drugs*, Creighton University Magazine, Fall 2001 |
| 12. | OIG, Medicaid Pharmacy—Additional Analyses of the Actual Acquisition Cost of Prescription Drug Products (Sept. 2002) |
| 13. | Robert I. Garis, et al., *Examining the value of pharmacy benefit management companies*, 61 Am. J. Health-Sys. Pharmacy 81 (Jan. 1, 2004) |
| 14. | Robert I. Garis & Bartholomew E. Clark, *The Spread: Pilot Study of an Undocumented Source of Pharmacy Benefit Manager Revenue*, 44 J. Am. Pharmacists Assoc. 1 (January/February 2004) |
| 15. | 2d Amend. Compl., *AWP Litigation* (Feb. 24, 2005) |
| 16. | Compl., *NEC* (June 2, 2005) |
| 17. | Barbara Martinez, *Health-Care Goldmines: Middlemen Strike It Rich,* WALL ST. J., Oct. 6, 2006, at A1 |
| 18. | Pharma Marketletter, *First Databank agrees to settle price fixing suit*, Oct. 10, 2006 |
| 19. | *Drug Price Publisher Will Stop Practice in Settlement*, ST. LOUIS POST-DISPATCH, Oct. 7, 2006, at A33 |
| 20. | Theresa Agovino, *Publisher agrees to stop printing list of drug prices; Plaintiffs believed firm helped push costs up*, THE COMMERCIAL APPEAL, Oct. 8, 2006 |

2189226.3

2

| Ex. No. | Description |
|---|---|
| 21. | Joanne Wojcik, *Drug pricing system nixed by pact*, BUSINESS INSURANCE, Oct. 16, 2006, at 1 |
| 22. | 1st Amend. Compl., *NEC* (July 17, 2006) |
| 23. | Transcript of Settlement Hearing, *NEC* (Oct. 24, 2006) |
| 24. | 1st Amend. Compl., *AWP Litigation* (Mar. 18, 2002) |