# EXHIBIT 19



1 of 1 DOCUMENT

Copyright 2006 St. Louis Post-Dispatch, Inc.
All Rights Reserved
St. Louis Post-Dispatch (Missouri)

October 7, 2006 Saturday
THIRD EDITION

**SECTION:** BUSINESS; Pg. A33

**LENGTH:** 416 words

**HEADLINE:** Drug price publisher will stop practice in settlement Critics claim list is responsible for driving up cost of medications.

**BYLINE:** The Associated Press

**DATELINE:** NEW YORK

**BODY:**

A publisher of prescription drug prices has agreed to eventually stop publishing its controversial list of wholesale medicine prices, which numerous critics have blamed for driving up drug costs, as part of a settlement that alleged it had conspired to increase markups.

The plaintiffs said the settlement, which was filed in U.S. District Court in Massachusetts late Thursday and still needs a judge's approval, will save health plans $4 billion. In a statement, the publisher, First DataBank, said that it did nothing wrong and that it is not paying any damages to the plaintiffs in the case.

First DataBank, a unit of Hearst Corp., produces a list of the average wholesale price of numerous drugs, and the suit alleged it conspired with drug wholesaler McKesson Corp. to manipulate the price of medicines to benefit that company's customers. McKesson is not part of the settlement, reached in a class-action suit brought by the New England Carpenters Health Benefits Fund and AFSCME District Council 27 Health and Security Plan.

In a statement, McKesson said it did not conspire with First DataBank to raise the published average wholesale prices of drugs and that it did nothing wrong. It said it intends to defend itself against the charges.

Deutsche Bank analyst Barbara Ryan maintains that companies such as drugstores and pharmacy benefit managers, which make money on the difference between what they pay for drugs and the price at which they sell them, will be hurt if changes to average wholesale prices shrink that spread. Average wholesale prices are used in determining how much drugstores and pharmacy benefit managers are paid for the medicines they sell.

Drug price publisher will stop practice in settlement Critics claim list is responsible for driving up cost of medications.
St. Louis Post-Dispatch (Missouri) October 7, 2006 Saturday


Shares of pharmacy benefit manager MedcoHealth Solutions Inc. dipped $2.62 or 4.4 percent to $57.11 on the New York Stock Exchange, and Caremark Rx Inc. stock decreased $2.55, or 5.56 percent, to $53.40. Express Scripts Inc. shares fell $3.50, or 4.52 percent, to $73.92 on the Nasdaq Stock Market.

Sean Brandle, a vice president at consulting firm Segal Co., said it is much too early to determine the financial fallout from the settlement because deals based on the average wholesale price published by First DataBank are likely to be renegotiated. He noted that other companies also publish lists of average wholesale prices.

"The reason stocks are down is because there is so much uncertainty now about how companies (such as drugstores and pharmacy benefit managers) are going to decide what to charge for drugs," Brandle said.

**LOAD-DATE:** October 7, 2006