**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600
Fax: (609) 919-6701

*Attorneys for Defendant*
*AmerisourceBergen Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>        Plaintiffs,<br><br>        v.<br><br>**EXPRESS SCRIPTS, INC., et al.,**<br><br>        Defendants. | Civil Action No. 05-CV-01714(DMC)(JAD)<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Day: May 20, 2013<br><br>Document Electronically Filed<br><br>**NOTICE OF MOTION OF DEFENDANT AMERISOURCEBERGEN TO DISMISS CLAIMS AGAINST IT PURSUANT TO FED. R. CIV. P. 9(b) AND 12(b)(6)** |

TO:    David S. Stone, Esq.
          STONE & MAGNANNI LLP
          150 John F. Kennedy Parkway, 4th Floor
          Short Hills, NJ 07078
          Phone: (973) 218-1111

          Eric H. Jaso, Esq.
          SEEGER WEISS LLP
          550 Broad Street, 8th Floor
          Newark, NJ 07102
          Phone (973) 639-9393

          Robert A. Magnanini, Esq.
          STONE & MAGNANINI LLP
          150 John F. Kennedy Parkway, 4th Floor
          Short Hills, NJ 07078
          Phone: (973) 218-1111

William Louis Hurlock, Esq.
MUELLER LAW LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
Phone: (973) 233-8290

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on May 20, 2013, or as soon thereafter as counsel may be heard, Defendant AmerisourceBergen Corporation ("ABC") shall move in the United States District Court, District of New Jersey, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101, before the Honorable Dennis M. Cavanaugh, United States District Judge, for an Order dismissing the Third Amended Complaint filed by Plaintiff-Relator David Morgan ("Relator"), as against ABC, with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, ABC shall rely upon the accompanying Brief.

**PLEASE TAKE FURTHER NOTICE** that ABC requests oral argument if opposition to this Motion is filed.

A proposed form of Order is attached.

| | |
|---|---|
| Dated:  April 16, 2013 | Respectfully submitted, |
| | *AmerisourceBergen Corporation* |
| | By its attorneys, |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | /s/ John P. Lavelle, Jr. |
| | John P. Lavelle, Jr. (JL6557)<br>502 Carnegie Center<br>Princeton, NJ 08540-6289<br>Phone: (609) 919-6623<br>Fax: (609) 919-6701 |
| | Eric W. Sitarchuk (*pro hac vice*)<br>Erica Smith-Klocek (*pro hac vice*)<br>Meredith S. Auten (*pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103-2903<br>Phone: (215) 963-5000<br>Fax: (215) 963-5001 |