## CERTIFICATE OF SERVICE

I, John P. Lavelle, Jr., hereby certify that on April 16, 2013, a true and correct copy of AmerisourceBergen Corporation's Motion to Dismiss under Rule 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and accompanying brief, were filed via ECF and counsel of record registered on the Court's electronic filing system have been served also.

DATED: April 16, 2013

/s/ John P. Lavelle, Jr._____
John P. Lavelle, Jr.