UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXPRESS SCRIPTS, INC., et al.,**<br><br>Defendants. | Civil Action No. 05-CV-01714(DMC)(JAD)<br><br>Document Electronically Filed<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT AMERISOURCEBERGEN CORPORATION'S MOTION TO DISMISS CLAIMS AGAINST IT PURSUANT TO FED. R. CIV. P. 9(b) AND 12(b)(6)** |

**THIS MATTER** having been brought before the Court upon the Motion of AmerisourceBergen Corporation ("ABC") through its attorneys Morgan, Lewis & Bockius LLP, for an Order dismissing Plaintiff-Relator David Morgan's Third Amended Complaint with prejudice as to ABC pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Court having considered the parties' paper submissions and the arguments of counsel, if any; and for good cause appearing:

**IT IS** on this _____ day of _____, 2013, ordered that ABC's Motion is **GRANTED**, and all claims asserted against ABC are hereby dismissed with prejudice, pursuant to Rules 9(b) and 12(b)(6).

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.