| | |
|---|---|
| *Of Counsel:* | Kevin H. Marino |
| Hope S. Foster[*] | John A. Boyle |
| William A. Davis[*] | MARINO, TORTORELLA & BOYLE, P.C. |
| MINTZ, LEVIN, COHN, FERRIS, | 437 Southern Boulevard |
| GLOVSKY AND POPEO, P.C. | Chatham, New Jersey 07928-1488 |
| 701 Pennsylvania Ave, NW Suite 900 | Tel: (973) 824-9300 |
| Washington, DC 20004 | Fax: (973) 824-8425 |
| Tel: (202) 434-7303 | |
| Fax: (202) 434-7400 | |

*Attorneys for Defendant*
*CVS Caremark Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | Civil Action No. 05-01714 (DMC)(JAD)<br><br>Return Date: May 20, 2013<br><br>**DEFENDANT CVS CAREMARK CORPORATION'S NOTICE OF MOTION TO DISMISS THIRD AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO RULES 12(b)(6) AND 9(b)**<br><br><u>**ORAL ARGUMENT REQUESTED**</u><br><br>**Document Electronically filed** |

TO:  David S. Stone, Esq.                    William L. Hurlock, Esq.
     Robert A. Magnanini, Esq.           Mueller Law LLC
     Stone & Magnanini LLP                 363 Bloomfield Avenue
     150 John F. Kennedy Parkway      Suite 2-C
     4th Floor                                         Montclair, NJ 07042
     Short Hills, NJ 07078

   PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(6) and

9(b), on Monday, May 20, 2013 at 9:00 a.m., or on such other date and time as determined by the

---

[*] *Pro hac vice* applications to be submitted to the Court.

Court, Defendant CVS Caremark Corporation ("Caremark"), through its attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq., appearing) and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., will move before the Honorable Dennis M. Cavanaugh, U.S.D.J., United States District Court for the District of New Jersey, U.S. Post Office & Courthouse Building, Courtroom 4, Newark, New Jersey 07101, for entry of an Order dismissing Relator David Morgan's Third Amended Complaint (the "Complaint") with prejudice as to Caremark, for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Caremark will rely on the Memorandum of Law submitted herewith. A proposed form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Caremark respectfully requests oral argument on this motion.

Dated: April 16, 2013
　　　　Chatham, New Jersey　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BY:　/s/ Kevin H. Marino
　　　　　　　　　　　　　　　　　　　Kevin H. Marino
　　　　　　　　　　　　　　　　　　　John A. Boyle
　　　　　　　　　　　　　　　　　　　MARINO, TORTORELLA & BOYLE, P.C.
　　　　　　　　　　　　　　　　　　　437 Southern Boulevard
　　　　　　　　　　　　　　　　　　　Chatham, New Jersey 07928-1488

　　　　　　　　　　　　　　　　　　　Of Counsel:
　　　　　　　　　　　　　　　　　　　Hope S. Foster
　　　　　　　　　　　　　　　　　　　William A. Davis
　　　　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　　　　GLOVSKY AND POPEO, P.C.
　　　　　　　　　　　　　　　　　　　701 Pennsylvania Ave, N.W. Suite 900
　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　Tel: (202) 434-7303
　　　　　　　　　　　　　　　　　　　Fax: (202) 434-7400