| | |
|---|---|
| *Of Counsel:* | Kevin H. Marino |
| Hope S. Foster[*] | John A. Boyle |
| William A. Davis[*] | MARINO, TORTORELLA & BOYLE, P.C. |
| MINTZ, LEVIN, COHN, FERRIS, | 437 Southern Boulevard |
| GLOVSKY AND POPEO, P.C. | Chatham, New Jersey 07928-1488 |
| 701 Pennsylvania Ave, NW Suite 900 | Tel: (973) 824-9300 |
| Washington, DC 20004 | Fax: (973) 824-8425 |
| Tel: (202) 434-7303 | |
| Fax: (202) 434-7400 | |

*Attorneys for Defendant*
*CVS Caremark Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | **Civil Action No. 05-01714 (DMC)(JAD)**<br><br>**Return Date: May 20, 2013**<br><br>**CERTIFICATION**<br>**OF SERVICE**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Document Electronically filed** |

   KEVIN H. MARINO, of full age, hereby certifies and states:

   1. I am an attorney at law of the State of New Jersey and a member of the law firm of Marino, Tortorella & Boyle, P.C., attorneys (with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.) for Defendant CVS Caremark Corporation ("Caremark") in this matter.

---

[*] *Pro hac vice* applications to be submitted to the Court.

2. On this date, I caused to be filed with the Clerk of the Court and to be served on all counsel of record via the Electronic Filing System the following documents: (1) Defendant CVS Caremark Corporation's Notice of Motion to Dismiss Third Amended Complaint with Prejudice Pursuant to Rules 12(b)(6) and 9(b); (2) a Memorandum of Law in support of the Motion; (3) a Proposed Order; and (4) this Certification of Service.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2013              /s/ Kevin H. Marino
                                        KEVIN H. MARINO