**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600
Fax: (609) 919-6701

*Attorneys for Defendant*
*AmerisourceBergen Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | Civil Action No. 05-CV-01714(DMC)(JAD)<br><br>ORAL ARGUMENT REQUESTED<br><br>Document Electronically Filed<br><br>NOTICE OF MOTION OF DEFENDANT AMERISOURCEBERGEN TO DISMISS CLAIMS AGAINST IT PURSUANT TO FED. R. CIV P. 12(b)(1) |

TO:   David S. Stone, Esq.
      STONE & MAGNANNI LLP
      150 John F. Kennedy Parkway, 4th Floor
      Short Hills, NJ 07078
      Phone: (973) 218-1111

      Eric H. Jaso, Esq.
      SEEGER WEISS LLP
      550 Broad Street, 8th Floor
      Newark, NJ 07102
      Phone (973) 639-9393

      Robert A. Magnanini, Esq.
      STONE & MAGNANINI LLP
      150 John F. Kennedy Parkway, 4th Floor
      Short Hills, NJ 07078
      Phone: (973) 218-1111

William Louis Hurlock, Esq.
MUELLER LAW LLC
363 Bloomfield Avenue, Suite 2-C
Montclair, NJ 07042
Phone: (973) 233-8290

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on May 20, 2013, or as soon thereafter as counsel may be heard, Defendant AmerisourceBergen Corporation ("ABC") shall move in the United States District Court, District of New Jersey, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Room 4015, Newark, NJ 07101, before the Honorable Dennis M. Cavanaugh, United States District Judge, for an Order dismissing the Third Amended Complaint filed by Plaintiff-Relator David Morgan ("Relator"), as against ABC, with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, ABC shall rely upon the accompanying Brief, Declaration of Jane M. Manchisi, Esq. and exhibits.

**PLEASE TAKE FURTHER NOTICE** that ABC requests oral argument if opposition to this Motion is filed.

A proposed form of Order is attached.

| | |
|---|---|
| Dated: April 16, 2013 | Respectfully submitted, |//

Dated:  April 16, 2013

Respectfully submitted,

*AmerisourceBergen Corporation*

By its attorneys,

**MORGAN, LEWIS & BOCKIUS LLP**

 s/ John P. Lavelle, Jr.
John P. Lavelle, Jr. (JL6557)
502 Carnegie Center
Princeton, NJ 08540-6289
Phone: (609) 919-6623

Eric W. Sitarchuk (*pro hac vice*)
Erica Smith-Klocek (*pro hac vice*)
Meredith S. Auten (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2903
Phone: (215) 963-5000

3