**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600

*Attorneys for Defendant*
*AmerisourceBergen Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** | Civil Action No. 05-CV-01714(DMC)(JAD) |
| **Plaintiffs,** | **Document Electronically Filed** |
| v. | **DEFENDANT AMERISOURCEBERGEN CORPORATION'S RULE 11.2 CERTIFICATION** |
| **EXPRESS SCRIPTS, INC., et al.,** | |
| **Defendants.** | |

Pursuant to Local Civil Rule 11.2, the undersigned hereby certifies that to the best of his knowledge the matters raised herein are not the subject of any other pending lawsuit, arbitration, or administrative proceeding.

Dated:  April 16, 2013	Respectfully submitted,

*AmerisourceBergen Corporation*

By its attorneys,

 s/ John P. Lavelle, Jr.
_____
John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540-6289
Phone: (609) 919-6623

Eric W. Sitarchuk (*pro hac vice*)
Erica Smith-Klocek (*pro hac vice*)
Meredith S. Auten (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2903
Phone: (215) 963-5000