## CERTIFICATE OF SERVICE

      I, John P. Lavelle, Jr., hereby certify that on April 16, 2013, a true and correct copy of AmerisourceBergen Corporation's Local Rule 11.2 Certification was filed via ECF and counsel of record registered on the Court's electronic filing system have been served also.

DATED: April 16, 2013

                                                      s/ John P. Lavelle, Jr._____
                                                      John P. Lavelle, Jr.