# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID MORGAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 05-cv-01714 (DMC) (JAD)<br><br>**ORDER DENYING MOTION TO DISMISS COMPLAINT** |

　　　This matter having been on Defendants Express Scripts, Inc. and Medco Health Solutions, Inc.'s Motion to Dismiss the Complaint, due written notice having been served on all parties, and this Court being fully advised of the issues;

　　　**IT IS HEREBY ORDERED** that said Motion is DENIED.


Dated: _____, 2013　　　_____
　　　　　　　　　　　　　　　　　　　　HON. DENNIS M. CAVANAUGH U.S.D.J.

1