# **CERTIFICATE OF SERVICE**

I, David S. Stone, hereby certify that on September 6, 2013 a true and correct copy of Relator David Morgan's Consolidated Memorandum of Law in Opposition to Motions to Dismiss Relator's Third Amended Complaint by Defendants First Databank, Inc. and Medi-Span; Declaration of David S. Stone; and Certificate of Service were filed with the Clerk of Court and served upon all counsel of record via the ECF system, with a courtesy copy forwarded via Federal Express to the following:

    Honorable Dennis M. Cavanaugh
    United States District Court for the
    District of New Jersey
    Frank R. Lautenberg U.S. Post Office & Courthouse
    50 Walnut Street, Room 451
    Newark, NJ  07101


                                                        /s/ David S. Stone
                                                        David S. Stone