UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID MORGAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPRESS SCRIPTS, INC., MEDCO HEALTH SOLUTIONS, INC., et al.,<br><br>                    Defendants. | Civil No. 05-01714 (DMC) (JAD) |

**STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING
TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF-RELATOR'S
OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED,** subject to approval by the Court, that the time for Defendants AmerisourceBergen Corporation, CVS Caremark Corporation, Express Scripts, Inc. and Medco Health Solutions, Inc., First DataBank, Inc., and Wolters Kluwer Health, Inc. d/b/a Medi-Span (collectively, "Defendants") to reply to Plaintiff-Relator David Morgan's Oppositions (Dkts. 190-194) to Defendants' Motions to Dismiss (Dkts. 147-163), shall be extended to and including November 14, 2013. The time to respond otherwise would be on October 25, 2013. This is Defendants' first request for such an extension.

Previously, Defendants' consented to extend the time by which Plaintiff-Relator could file his oppositions to Defendants' Motions to Dismiss from May 6, 2013 to July 29, 2013 and then again from July 29, 2013 to September 6, 2013. (Dkt. 174, 182) Based on those extended dates for Plaintiff-Relator's oppositions, the times for Defendants to file their respective replies were extended accordingly to September 16, 2013 and then subsequently to October 25, 2013. *Id*.

Dated:    October 23, 2013

| | |
|---|---|
| STONE & MAGNANINI LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By:   s/ Robert A. Magnanini<br>    Robert A. Magnanini (RM7356)<br>    150 John F. Kennedy Pkwy, 4th Floor<br>    Short Hills, NJ 07078<br>    Tel:  (973) 218-1111<br>    rmagnani@stonemagnalaw.com<br><br>    *Attorneys for Plaintiff-Relator*<br>    *United States of America, ex rel.*<br>    *David Morgan* | By:   s/ Marie E. Donovan<br>    John P. Lavelle, Jr. (JL6557)<br>    502 Carnegie Center<br>    Princeton, NJ 08540-6289<br>    Tel: (609) 919-6688<br>    jlavelle@morganlewis.com<br><br>    Eric W. Sitarchuk (*pro hac vice*)<br>    Erica Smith-Klocek (*pro hac vice*)<br>    Meredith S. Auten (*pro hac vice*)<br>    Maire E. Donovan (MD1595)<br>    Jane M. Manchisi (JM6767)<br>    MORGAN, LEWIS & BOCKIUS LLP<br>    1701 Market Street<br>    Philadelphia, PA 19103-2903<br>    Tel: (215) 963-5000<br><br>    *Attorneys for Defendant*<br>    *AmerisourceBergen Corporation* |

| MARINO, TORTORELLA & BOYLE, P.C. | EDWARDS WILDMAN PALMER LLP |
|---|---|
| By:   s/ Kevin H. Marino<br>Kevin H. Marino<br>John A. Boyle<br>437 Southern Boulevard<br>Chatham, New Jersey 07928-1488<br>Tel: (973) 824-9300<br>Email: kmarino@khmarino.com<br><br>*Of Counsel:*<br><br>Hope S. Foster<br>William A. Davis<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>701 Pennsylvania Ave, N.W. Suite 900<br>Washington, DC 20004<br>Tel: (202) 434-7303<br>HSFoster@mintz.com<br><br>*Attorneys for Defendant*<br>*CVS Caremark Corporation* | By:   s/ Carlos F. Ortiz<br>Carlos F. Ortiz<br>Daniel W. Lageman<br>One Giralda Farms<br>Madison, New Jersey 07940<br>(973) 520-2300<br>cortiz@edwardswildman.com<br>dlageman@edwardswildman.com<br><br>Charles A. Weiss (CW-2628)<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 513-3200<br>charles.weiss@hklaw.com<br><br>Michael Manthei<br>Elizabeth M. Mitchell<br>Benjamin M. McGovern<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA  02116<br>(617) 523-2700<br>michael.manthei@hklaw.com<br>elizabeth.mitchell@hklaw.com<br>benjamin.mcgovern@hklaw.com<br><br>*Attorneys for Defendants*<br>*Express Scripts, Inc. and Medco Health Solutions, Inc.* |

| PROSKAUER ROSE LLP | GREENBERG DAUBER EPSTEIN & TUCKER, A Professional Corporation |
|---|---|
| By:   s/ Robert J. Cleary<br>Robert J. Cleary (RC-5597)<br>Eleven Times Square<br>New York, NY  10036-8299<br>Tel:  (212) 969-3340<br>Fax:  (212) 969-2900<br>rjcleary@proskauer.com<br><br>Ryan P. Blaney (RB-4984)<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Ave., N.W. Ste. 400S<br>Washington, DC 20004<br>Tel:  (202) 416-5844<br>rblaney@proskauer.com<br><br>and<br><br>Eva M. Saketkoo (*pro hac vice*)<br>THE HEARST CORPORATION<br>  OFFICE OF GENERAL COUNSEL<br>300 West 57th Street, 40th Floor<br>New York, NY 10019<br>Tel.: (212) 841-7000<br>esaketkoo@hearst.com<br><br>*Attorneys for Defendant*<br>*First DataBank, Inc.* | By:   s/ Linda G. Harvey<br>Linda G. Harvey (LH 8862)<br>Edward J. Dauber (ED 9360)<br>One Gateway Center, Suite 600<br>Newark, New Jersey 07102-5311<br>(973) 643-3700<br><br>and<br><br>Reid A. Aronson, Esq. (RA 8920)<br>JENNER & BLOCK, LLP<br>919 Third Avenue<br>New York, NY 10022-3908<br><br>Craig C. Martin, Esq. (*pro hac vice*)<br>Matt D. Basil, Esq. (*pro hac vice*)<br>JENNER & BLOCK, LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br><br>*Attorneys for Defendant Wolters*<br>*Kluwer Health, Inc. d/b/a Medi-Span* |

So Ordered,

_____

Hon. Joseph A. Dickson
United States Magistrate Judge