SEEGER WEISS LLP
Eric H. Jaso
550 Broad Street
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ----  x

UNITED STATES OF AMERICA,　　　　　:　Civ. A. No. 05-1714 (DMC) (JAD)
*Ex Rel*. DAVID MORGAN　　　　　　　:
　　　　　　　　　　　　　　　　　　:　Hon. Dennis M. Cavanaugh
　　　　　　　Plaintiffs,　　　　　　:　Hon. Joseph A. Dickson
　v.　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　__NOTICE OF WITHDRAWAL__
EXPRESS SCRIPTS, INC., *et al*.　　:　__OF APPEARANCE__
　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

　　　　PLEASE TAKE NOTICE that Eric H. Jaso and the firm Seeger Weiss LLP hereby

withdraw their appearance for the plaintiff-relator David Morgan, and in support thereof state as

follows:

　　　　1.　　Eric H. Jaso, a member of the firm Seeger Weiss LLP and one of the current

counsel of record for plaintiff-relator has no further relationship with this litigation and

accordingly request leave to withdraw. The firms of Stone & Magnanini LLP and Muller Law

will continue to serve as counsel for the plaintiff-relator.


Dated: Newark, New Jersey
　　　　December 11, 2013


　　　　　　　　　　　　　　　SEEGER WEISS LLP


　　　　　　　　　　　　　By:　　__s/Eric H. Jaso_____
　　　　　　　　　　　　　　　　Eric H. Jaso

## <u>CERTIFICATE OF SERVICE</u>

I, Eric H. Jaso, hereby certify that on the 11th day of December, 2013, I electronically

transmitted a true and exact copy of the foregoing document, NOTICE OF WITHDRAWAL OF

APPEARANCE, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to all attorneys of record who are ECF registrants.


By:      <u>s/ *Eric H. Jaso*</u>
         Eric H. Jaso