UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1029
_____

UNITED STATES OF AMERICA; STATE OF CALIFORNIA; STATE OF DELAWARE;
STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF INDIANA; STATE OF LOUISIANA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MONTANA;
STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE OF NEW MEXICO;
STATE OF NEW YORK; STATE OF OKLAHOMA; STATE OF RHODE ISLAND;
STATE OF TENNESSEE; STATE OF TEXAS; COMMONWEALTH OF VIRGINIA;
STATE OF WISCONSIN; DISTRICT OF COLUMBIA; EX REL. DAVID MORGAN

v.

EXPRESS SCRIPTS, INC; CVS CAREMARK CORPORATION;
MEDCO HEALTH SOLUTIONS, INC; FIRST DATABANK INC;
*CLINICAL DRUG INFORMATION LLC; MCKESSON CORPORATION;
CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION;
JOHN DOE CORPORATIONS 1-20

David Morgan,

Appellant

* Amended as per the Clerk's 02/19/14 Order

_____

On Appeal from the United States District Court
for the District of New Jersey
(D. C. No. 2-05-cv-01714)
District Judge: Honorable Dennis M. Cavanaugh

_____

Argued November 21, 2014

Before:  AMBRO, SCIRICA and ROTH, Circuit Judges

## JUDGMENT

This case came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on November 21, 2014.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered December 9, 2013, be and the same is hereby affirmed, costs assessed against appellant, David Morgan.

All of the above in accordance with the Opinion of this Court.

        **ATTEST:**

        s/ Marcia M. Waldron
        Clerk

Dated: February 20, 2015